No. 64077.—Franklin B. Howland, for: The Lawson Company *v.* United States, protest 59/21966 (San Francisco).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 64078.—The Spiegel Bros. Corp. *v.* United States, protest 59/20683 (New York).

Opinion by LAWRENCE, J. An examination of the record disclosed that the full amount of duty due had not been paid at the time of protest. Accordingly, the defendant's motion to dismiss for lack of prosecution was denied, and the protest was dismissed *sua sponte* for lack of prosecution.